̰AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Katasha Fitzsimmons,

                 Plaintiff,

V.

Rickenbacker Financial Inc., doing business as Rickenbacker Group,

                 Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01496-JCM -RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Katasha Fitzsimmons and against Rickenbacker Financial Inc., doing business as Rickenbacker Group in the amount of $4,368.00.

September 11, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk